**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PAULA A. PETWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0500-CG-B |
| | ) | |
| MOBILE COUNTY REVENUE | ) | |
| COMMISSIONER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated April 14, 2017 (Doc. 12), is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Defendant's motion to dismiss (Doc. 6) is **DENIED** without prejudice.

**DONE and ORDERED** this 4th day of May, 2017.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE