IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAULA A. PETTWAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0500-CG-B |
| MOBILE COUNTY REVENUE COMMISSIONER, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, the Defendant's motion to dismiss Plaintiff's Amended Complaint (Doc. 15) is **GRANTED**, and its motion to dismiss Plaintiff's "performance evaluation" claim as beyond the scope of the EEOC charge (Doc. 17) is **DENIED**.

Judgment will be entered by separate order dismissing the complaint with prejudice.

**DONE and ORDERED** this 6th day of February, 2018.

/s/ Callie V. S. Granade  
SENIOR UNITED STATES DISTRICT JUDGE