# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PAULA A. PETTWAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 16-0500-CG-B |
| | ) |
| MOBILE COUNTY REVENUE COMMISSIONER, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice.**

**DONE and ORDERED** this 6th day of February, 2018.

                                            /s/ Callie V. S. Granade
                                            SENIOR UNITED STATES DISTRICT JUDGE